# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 23-00877-CJC                          Date: July 26, 2023

Title: <u>In re Eric Vaughn Zwigart</u>

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                      <u>N/A</u>
Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

       This is an appeal from Bankruptcy Judge Scott C. Clarkson's May 10, 2023 Order Granting Motion to Dismiss for Failure to Effectuate Service. (Dkt. 1.) On June 14, 2023, the Court set a deadline of July 14, 2023 for Appellant Christina Curtis to serve and file an opening brief. (Dkt. 6.) Even nearly two weeks after the deadline, Appellant has failed to file an opening brief. "If an appellant fails to file a brief on time . . . the district court or BAP, after notice, may dismiss the appeal on its own motion." Fed. R. Bankr. P. 8018(a)(4). Accordingly, Appellant is **ORDERED** to show cause in writing by **August 2, 2023** why this appeal should not be dismissed for lack of prosecution. Failure to timely respond to this OSC will result in dismissal of this appeal.

cbt

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk rrp